McKENZIE ENGINEERING COMPANY, Appellant,

v.

Francis J. HARVEY, Secretary of the Army, Appellee.

No. 06–1214.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

MICHEL, Chief Judge, LOURIE, and PROST, Circuit Judges.

* Honorable Ronald M. Whyte, United States District Court for the Northern District of

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.